**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| REBECCA C. JONES, | : | No. 533 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| EDUCATION, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.